UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE McCONVILLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and TRUSTMARK COMPANIES and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: C 10-01018 SBA<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Complaint Filed: January 21, 2010 |

c:\documents and settings\workstation\desktop\proposed orders\10-1018 - mcconville.doc

**BARGER & WOLEN** LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE

Having read and considered the Joint Stipulation to Continue Mediation Completion Date between Plaintiff Catherine McConville and Defendants Hartford Life and Accident Insurance Company and Trustmark Insurance Company, the Court, finding good cause therefore, orders as follows:

Good cause exists to continue the mediation completion date approximately 45 days, to October 15, 2010.

**IT IS SO ORDERED.**

**Date:** 8/12/10

_____
Honorable Saundra B. Armstrong
United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE