UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE McCONVILLE,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and TRUSTMARK COMPANIES and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: C 10-01018 SBA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE BASED ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 21, 2010 |

c:\docume~1\workst~1\locals~1\temp\notes06e812\stip to dismiss - proposed order.doc

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

Dated: 2/22/ 11

_____
Honorable Saundra B. Armstrong
United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE